

United States District Court
Eastern District of California

SECURITY NATIONAL INSURANCE COMPANY,
Plaintiff(s)

V.

CITY OF SACRAMENTO; STARR INDEMNITY & LIABILITY COMPANY; IRONSHORE INDEMNITY INC.; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO BRIT GLOBAL SPECIALTY SYNDICATE 2987; and DOES 1-10
Defendant(s)

Case Number: 2:23-cv-02030-KJM-CKD

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Ellen M. Farrell _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant IRONSHORE INDEMNITY INC.

On July 7, 1997 _____ (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: October 10, 2023

Signature of Applicant: /s/ Ellen M. Farrell

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Ellen M. Farrell |
| Law Firm Name: | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. |
| Address: | 555 12th Street NW, Suite 1100 |
| City: | Washington   State: DC   Zip: 20004 |
| Phone Number w/Area Code: | 202-434-7300 |
| City and State of Residence: | Arlington, Virginia |
| Primary E-mail Address: | emfarrell@mintz.com |
| Secondary E-mail Address: | docketing@mintz.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Arameh Zargham O'Boyle |
| Law Firm Name: | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. |
| Address: | 2049 Century Park East, Suite 300 |
| City: | Los Angeles   State: California   Zip: 90067 |
| Phone Number w/Area Code: | (310) 586-3200   Bar # 239495 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 17, 2023

CHIEF UNITED STATES DISTRICT JUDGE