

United States District Court
Eastern District of California

| SECURITY NATIONAL INSURANCE COMPANY, | | |
|---|---|---|
| Plaintiff(s) | Case Number: | 2:23-cv-02030-KJM-CKD |

V.

| CITY OF SACRAMENTO; STARR INDEMNITY & LIABILITY COMPANY; IRONSHORE INDEMNITY INC.; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO BRIT GLOBAL SPECIALTY SYNDICATE 2987; and DOES 1-10 | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
|---|---|
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Nancy D. Adams hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant IRONSHORE INDEMNITY INC.

On 12/15/1992 (date), I was admitted to practice and presently in good standing in the Commonwealth of Massachusetts (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: October 11, 2023        Signature of Applicant: /s/ *Nancy D. Adams*

Nancy D. Adams

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Nancy D. Adams |
| Law Firm Name: | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. |
| Address: | One Financial Center |
| City: | Boston     State: Massachusetts     Zip: 02111 |
| Phone Number w/Area Code: | 617-542-6000 |
| City and State of Residence: | Scituate, Massachusetts |
| Primary E-mail Address: | ndadams@mintz.com |
| Secondary E-mail Address: | docketing@mintz.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Arameh Zargham O'Boyle |
| Law Firm Name: | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. |
| Address: | 2049 Century Park East, Suite 300 |
| City: | Los Angeles     State: California     Zip: 90067 |
| Phone Number w/Area Code: | (310) 586-3200     Bar # 239495 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 17, 2023

_/s/ signature_
CHIEF UNITED STATES DISTRICT JUDGE